**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Justin Porter, | Case No.: 2:26-cv-00260-JAD-BNW |
| Petitioner | |
| v. | **Order Granting** <br> **Motion for Extension of Time** |
| Manuel Portillo, *et al.*, | [ECF No. 13] |
| Respondents | |

In this habeas corpus action, after a 93-day initial period, Petitioner Justin Porter, who is represented by appointed counsel, was due to file an amended habeas petition by June 26, 2026.[1] Porter moves to extend that deadline by 90 days, to September 24, 2026.[2] Porter's counsel states that the extension is necessary to investigate the case and because of their obligations in other cases, and counsel represents that the respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay, so I grant the requested extension.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [**ECF No. 13] is GRANTED**. Petitioner has until **September 24, 2026**, to file an amended petition for writ of habeas corpus.[3] In all other respects, the scheduling order entered March 25, 2026 [ECF No. 11] remains in effect.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 9, 2026

---

[1] ECF No. 11.

[2] ECF No. 13.

[3] In granting this motion, the court makes no comment about, and does not mean to affect in any way, the application of any statute of limitations to this case.