**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Justin Porter,

Petitioner

v.

Manual Portillo,

Respondent

Case No. 2:26-cv-00260-JAD-BNW

**Order Granting Unopposed Motion for Extension of Time**

[ECF No. 15]

Counsel for Petitioner Justin Porter moves for a 96-day enlargement of time to file his amended petition.[1] This is the petitioner's second request for an extension of this deadline, and he represents that the respondent does not oppose the request.[2] With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 15] is GRANTED. Petitioner has up to and including December 29, 2026, to file his amended petition.**

Dated: October 16, 2026

U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 15.

[2] *Id.*